

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:     Buck Alan Winton v. The State of Texas

Appellate case number:   01-20-00155-CR

Trial court case number: 85805-CR

Trial court:             239th District Court of Brazoria County

On August 31, 2020, appellant's retained counsel filed a motion to dismiss the appeal. The motion filed did not contain the signature of counsel or appellant.

We **deny** the motion without prejudice to the refiling of a motion in compliance with Rule 42.2(a).  *See* TEX. R. APP. P. 42.2(a).

It is so ORDERED.

Judge's signature: ____/s/ Peter Kelly_____
           ☑ Acting individually    ☐ Acting for the Court


Date: __October 6, 2020____